JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MAURICE PIERCE,** | ) Case No. 2:16-cv-06246-PA-GJS |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **CAPITAL ONE, NATIONAL ASSOCIATION,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this 25th day of January, 2017.

_____
The Honorable Percy Anderson

Order to Dismiss - 1